UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH DIAMOND; DEBRA FISHER a/k/a DEBRA BAKER; DARRELL JOSHUA HUDSON,<br><br>                                    **Plaintiffs,**<br>v.<br><br>US PACK SCRIPT LLC F/K/A SCRIPTFLEET, INC.,<br><br>                                    **Defendant.** | **NOTICE OF SETTLEMENT**<br><br>Index No. 6:21-cv-06019 |

      The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Joint Motion for Approval of Settlement Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Motion from the date of this Notice.

Dated:  Rochester, New York
         May 6, 2022

                                              **THE GLENNON LAW FIRM, P.C.**

                               By: */s/ Peter J. Glennon*
                                    Peter J. Glennon, Esq.
                                   *Attorneys for Plaintiffs*
                                   160 Linden Oaks
                                   Rochester, New York 14625
                                   Tel:  585-210-2150
                                   PGlennon@GlennonLawFirm.com