# The Glennon Law Firm, P.C. - Client Summary

Date Start: 8/1/2019 | Date End: 6/10/2022 | Clients: Diamond, Ruth | Matters: FLSA Misclassification | Users: | Account Managers: All

| Date | Matter | Description | Rate / Unit Price | Labor Time / Quantity | Billable Time / Cost Price | Bill Amt / Sell Price |
|---|---|---|---|---|---|---|
| **Diamond, Ruth** | | | | | | |
| **Laura Figueras** | | | | | | |
| 05/10/2022 | FLSA Misclassification | LKF: Review and revise motion for approval of settlement. | [redacted] | 0.70 | 0.70 | [redacted] |
| | | Total Labor For Laura Figueras | | 0.70 | 0.70 | [redacted] |
| | | Total Expense For Laura Figueras | | | $0.00 | [redacted] |
| | | Total For Laura Figueras | | | | [redacted] |
| **Nicholas Roberts** | | | | | | |
| 01/06/2021 | FLSA Misclassification | NCR: Reviewed and edited draft of complaint. | [redacted] | 0.30 | 0.30 | [redacted] |
| 01/06/2021 | FLSA Misclassification | NCR: Telephone conference with Craig Peterson, Peter Glennon, and Nick Schwarm to discuss strategy for completing and filing complaint, including adding an additional claim for relief. | [redacted] | 0.50 | 0.50 | [redacted] |
| 01/07/2021 | FLSA Misclassification | NCR: Researched New York Labor Law statutes regarding recordkeeping violations, and revised draft complaint to include a claim for violations of same. Sent revised draft to Peter Glennon and Craig Peterson. | [redacted] | 1.30 | 1.30 | [redacted] |
| 01/08/2021 | FLSA Misclassification | NCR: Revised and edited draft of complaint, and sent current draft to clients for review. | [redacted] | 0.20 | 0.20 | [redacted] |
| 01/08/2021 | FLSA Misclassification | NCR: Finalized complaint, confirmed with Peter Glennon and Craig Peterson that we were ready to file, and coordinated filing. | [redacted] | 0.40 | 0.40 | [redacted] |
| 01/21/2021 | FLSA Misclassification | NCR: Case meeting with Peter Glennon, Craig Peterson, and Nick Schwarm to discuss status and next steps. | [redacted] | 0.80 | 0.80 | [redacted] |
| 02/02/2021 | FLSA Misclassification | NCR: Researched case law on standard for determining whether a worker was misclassified in the Western District of New York. | [redacted] | 1.20 | 1.20 | [redacted] |
| 02/02/2021 | FLSA Misclassification | NCR: Began drafting initial case memo. | [redacted] | 1.50 | 1.50 | [redacted] |
| 02/03/2021 | FLSA Misclassification | NCR: Continued researching case law on the relevant standards for worker misclassification claims under the FLSA, worker misclassification claims under the NY Labor Law, recordkeeping violation claims under the FLSA, and worker misclassification claims under the NY Labor Law. | [redacted] | 2.50 | 2.50 | [redacted] |
| 02/08/2021 | FLSA Misclassification | NCR: Reviewed law and rules of civil procedure governing default judgment motions in federal court. | [redacted] | 0.50 | 0.50 | [redacted] |
| 02/08/2021 | FLSA Misclassification | NCR: Exchanged messages with Nick Schwarm regarding defendant's default. | [redacted] | 0.10 | 0.10 | [redacted] |
| 02/09/2021 | FLSA Misclassification | NCR: Sent papers for default application to Nick Schwarm and Kelsey Teglash with instructions for filing and service of the same. | [redacted] | 0.20 | 0.20 | [redacted] |
| 02/09/2021 | FLSA Misclassification | NCR: Prepared application for entry of default and supporting documents. | [redacted] | 2.00 | 2.00 | [redacted] |
| 02/10/2021 | FLSA Misclassification | NCR: Reviewed clerk's decision denying our request for entry of default and researched federal rules and case law regarding time to answer complaint when papers are served via Secretary of State. Drafted | [redacted] | 0.80 | 0.80 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | message to rest of team regarding strategy for responding to clerk's denial. | | | | [redacted] |
| 02/11/2021 | FLSA Misclassification | NCR: Reviewed local rules of civil procedure in the Western District of New York to see if there is any basis for the clerk's ruling that defendant has 31 days to answer rather than 21. | [redacted] | 0.30 | 0.30 | [redacted] |
| 02/11/2021 | FLSA Misclassification | NCR: Sent message to Peter Glennon and the rest of the team summarizing what I learned from the clerk's office and discussing whether there would be any benefit to filing a motion to challenge the clerk's decision. | [redacted] | 0.30 | 0.30 | [redacted] |
| 02/11/2021 | FLSA Misclassification | NCR: Reviewed order from court entering default against defendant, and exchanged messages with Nick Schwarm regarding same. | [redacted] | 0.10 | 0.10 | [redacted] |
| 02/11/2021 | FLSA Misclassification | NCR: Called clerk's office to discuss rejection of request for entry of default. | [redacted] | 0.30 | 0.30 | [redacted] |
| 02/18/2021 | FLSA Misclassification | NCR: Reviewed email from opposing counsel and exchanged emails with Peter Glennon regarding their request to vacate the default. | [redacted] | 0.20 | 0.20 | [redacted] |
| 03/17/2021 | FLSA Misclassification | NCR: Reviewed court order extending US Pack's deadline to answer complaint, and sent message to Peter Glennon confirming that deadline is now April 19. | [redacted] | 0.10 | 0.10 | [redacted] |
| 04/06/2021 | FLSA Misclassification | NCR: Reviewed packet provided by Ruth Diamond including Labor Standards complaint and attachments concerning her employment relationship with US Pack, and reviewed case law on elements of claims for worker misclassification and violation of overtime and wage deduction laws. | [redacted] | 1.30 | 1.30 | [redacted] |
| 04/19/2021 | FLSA Misclassification | NCR: Continued working on case memo and researching case law regarding claims for notice and record-keeping violations. | [redacted] | 1.80 | 1.80 | [redacted] |
| 04/20/2021 | FLSA Misclassification | NCR: Continued researching statutes and case law regarding our claims for record-keeping violations and exemption from the Federal Arbitration Act. | [redacted] | 1.90 | 1.90 | [redacted] |
| 05/03/2021 | FLSA Misclassification | NCR: Sent message to PJG regarding upcoming call with opposing counsel. | [redacted] | 0.10 | 0.10 | [redacted] |
| 05/05/2021 | FLSA Misclassification | NCR: Reviewed NJS's summary of recent communications with clients and records they have provided. | [redacted] | 0.10 | 0.10 | [redacted] |
| 05/17/2021 | FLSA Misclassification | NCR: Continued researching interstate commerce exception to the FAA in order to complete case memo. | [redacted] | 0.70 | 0.70 | [redacted] |
| 05/18/2021 | FLSA Misclassification | NCR: Finished drafting case memo. | [redacted] | 0.20 | 0.20 | [redacted] |
| 06/04/2021 | FLSA Misclassification | NCR: Began researching calculation of damages for lost health insurance benefits in worker misclassification cases. | [redacted] | 0.20 | 0.20 | [redacted] |
| 06/14/2021 | FLSA Misclassification | NCR: Reviewed data on employer health insurance contribution rates from the Kaiser Family Foundation, and provided those numbers to NJS with explanations of different methods for calculating damages due to lost health benefits. | [redacted] | 1.30 | 1.30 | [redacted] |
| | | | Total Labor For Nicholas Roberts | 21.20 | 21.20 | [redacted] |
| | | | Total Expense For Nicholas Roberts | | $0.00 | [redacted] |
| | | | Total For Nicholas Roberts | | | [redacted] |

**Paralegal GLF**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/26/2020 | FLSA Misclassification | NJS - Drafting of complaint | [redacted] | 3.80 | 3.80 | [redacted] |
| 08/27/2020 | FLSA Misclassification | NJS - Drafting of misclassification complaint | [redacted] | 3.50 | 3.50 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/01/2020 | FLSA Misclassification | NJS - Drafting of Complaint - research into reason for defendant name change | [redacted] | 2.10 | 2.10 | [redacted] |
| 09/08/2020 | FLSA Misclassification | NJS - Set up dropbox request for documetns to be sent from client | [redacted] | 0.50 | 0.50 | [redacted] |
| 09/09/2020 | FLSA Misclassification | NJS - Set up dropbox for Laurie Williams | [redacted] | 0.30 | 0.30 | [redacted] |
| 09/10/2020 | FLSA Misclassification | NJS - Call with Debbie Fisher to discuss setting up dropbox requests | [redacted] | 0.30 | 0.30 | [redacted] |
| 09/10/2020 | FLSA Misclassification | NJS - Received, processed, and organized documents received from Debbie Fisher | [redacted] | 1.10 | 1.10 | [redacted] |
| 09/16/2020 | FLSA Misclassification | NJS - Received reviewed and organized documents from client | [redacted] | 1.10 | 1.10 | [redacted] |
| 09/18/2020 | FLSA Misclassification | NJS - Processed additional documentation from Ruth Diamond - Work Expenses spreadsheet | [redacted] | 0.20 | 0.20 | [redacted] |
| 09/28/2020 | FLSA Misclassification | NJS - Received, processed, and organized additional documents from Ruth Diamond | [redacted] | 0.50 | 0.50 | [redacted] |
| 09/28/2020 | FLSA Misclassification | NJS - received, processed, reviewed and organized documents submitted by Josh Hudson | [redacted] | 0.50 | 0.50 | [redacted] |
| 09/29/2020 | FLSA Misclassification | NJS - Drafting of class action complaint | [redacted] | 3.60 | 3.60 | [redacted] |
| 09/30/2020 | FLSA Misclassification | NJS - Revised class action complaint | [redacted] | 0.30 | 0.30 | [redacted] |
| 10/30/2020 | FLSA Misclassification | KMT: Team strategy meeting with PJG, CDP, and NJS | [redacted] | 0.80 | 0.80 | [redacted] |
| 10/30/2020 | FLSA Misclassification | NJS: Litigation strategy discussion with PJG and Craig | [redacted] | 1.00 | 1.00 | [redacted] |
| 11/03/2020 | FLSA Misclassification | KMT: Drafted and finalized the engagmenet letter template. | [redacted] | 0.50 | 0.50 | [redacted] |
| 11/04/2020 | FLSA Misclassification | NJS: Prepared template Summons, Federal Civil Action Cover Sheet, and Certificate of Service | [redacted] | 1.50 | 1.50 | [redacted] |
| 11/20/2020 | FLSA Misclassification | NJS: Revised complaint to include Josh and Debra as party plaintiffs | [redacted] | 1.90 | 1.90 | [redacted] |
| 11/20/2020 | FLSA Misclassification | NJS: Finalized and sent letters to Ruth, Debra, and Josh for documents needed for lawsuit | [redacted] | 1.50 | 1.50 | [redacted] |
| 11/24/2020 | FLSA Misclassification | NJS: Communication with client regarding providing of documents needed for lawsuit | [redacted] | 0.30 | 0.30 | [redacted] |
| 12/02/2020 | FLSA Misclassification | NJS: Communication with Mr. Hudson to schedule call with PJG to discuss engagement letter. | [redacted] | 0.20 | 0.20 | [redacted] |
| 12/09/2020 | FLSA Misclassification | NJS: REview of documents provided by Ruth, Josh and Debra to create invintory of documents recived and prepare follow correspondence for missing documents | [redacted] | 2.10 | 2.10 | [redacted] |
| 12/11/2020 | FLSA Misclassification | NJS: Review of documents provided by client Ruth Diamond for documents to support causes of action | [redacted] | 4.00 | 4.00 | [redacted] |
| 01/06/2021 | FLSA Misclassification | NJS: Revisions and edits to complaint and initial filing documents | [redacted] | 0.50 | 0.50 | [redacted] |
| 01/08/2021 | FLSA Misclassification | Complaint Filing Fee. | [redacted] | 1.00 | $402.00 | [redacted] |
| 01/08/2021 | FLSA Misclassification | NJS: finialized and filed Complaint, summons, and civil court cover sheet | [redacted] | 1.30 | 1.30 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/11/2021 | FLSA Misclassification | NJS: Received and processed clerk executed summons | [redacted] | 0.30 | 0.30 | [redacted] |
| 01/11/2021 | FLSA Misclassification | NJS: Communication with process server to conduct service upon Defendant by the Secretary of State | [redacted] | 0.20 | 0.20 | [redacted] |
| 01/15/2021 | FLSA Misclassification | NJS: Received and processed affidavits of service for service of summons and complaint on Defendant | [redacted] | 0.20 | 0.20 | [redacted] |
| 01/15/2021 | FLSA Misclassification | NJS: Filed affidavit of Service with the Western District of New York | [redacted] | 0.30 | 0.30 | [redacted] |
| 01/15/2021 | FLSA Misclassification | KMT: Contacted Beth Ares to schedule a phone call to discuss next steps. | [redacted] | 0.30 | 0.30 | [redacted] |
| 01/21/2021 | FLSA Misclassification | NJS: Litigation strategy meeting | [redacted] | 1.00 | 1.00 | [redacted] |
| 01/21/2021 | FLSA Misclassification | NJS: comunication with client to provide status update. | [redacted] | 0.30 | 0.30 | [redacted] |
| 02/02/2021 | FLSA Misclassification | Paperchase Invoice for subpoena service to US Pack Script LLC | [redacted] | 1.00 | $107.50 | [redacted] |
| 02/03/2021 | FLSA Misclassification | NJS: Drafted initial discovery demands to be served upon Defendant | [redacted] | 2.00 | 2.00 | [redacted] |
| 02/03/2021 | FLSA Misclassification | NJS: created timeline and cast of characters for litigation use | [redacted] | 1.00 | 1.00 | [redacted] |
| 02/08/2021 | FLSA Misclassification | NJS: Reviewed federal service rules and calculated time for Defendant to respond to complaint | [redacted] | 1.00 | 1.00 | [redacted] |
| 02/08/2021 | FLSA Misclassification | NJS: Prepared initial documents for entry of default against defendant | [redacted] | 0.40 | 0.40 | [redacted] |
| 02/09/2021 | FLSA Misclassification | NJS: Served and filed application for clerks entry of default | [redacted] | 0.60 | 0.60 | [redacted] |
| 02/11/2021 | FLSA Misclassification | NJS: Processed entry of clerk's entry of default against US Pack | [redacted] | 0.50 | 0.50 | [redacted] |
| 02/12/2021 | FLSA Misclassification | NJS: Procedure research for steps to take to obtain default judgment after entry of US Pack's default | [redacted] | 0.70 | 0.70 | [redacted] |
| 02/17/2021 | FLSA Misclassification | KMT: Communicated with opposing counsel re scheduling initial conference call | [redacted] | 0.40 | 0.40 | [redacted] |
| 02/17/2021 | FLSA Misclassification | NJS: Communication with client regarding current status of the case and reach out from Defendant's counsel | [redacted] | 0.40 | 0.40 | [redacted] |
| 03/01/2021 | FLSA Misclassification | KMT: Communicated with opposing counsel Vincent Polsinelli re conference call | [redacted] | 0.30 | 0.30 | [redacted] |
| 03/08/2021 | FLSA Misclassification | NJS: review and organization of client documents | [redacted] | 1.10 | 1.10 | [redacted] |
| 03/30/2021 | FLSA Misclassification | KMT: Communicated with opposing counsel to schedule conference call | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/05/2021 | FLSA Misclassification | NJS: Reviewed and processed settlement spreadsheet from Opposing counsel | [redacted] | 0.40 | 0.40 | [redacted] |
| 04/05/2021 | FLSA Misclassification | NJS: Review of client documents regarding app and webportal used by drivers | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/05/2021 | FLSA Misclassification | NJS: Reviewed document packet prepared by client for settlement. | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/06/2021 | FLSA Misclassification | NJS: Call with PJG to discuss settlement call with Opposing counsel and update to client | [redacted] | 0.30 | 0.30 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/09/2021 | FLSA Misclassification | NJS: Docketed new response date for Defendant. | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/09/2021 | FLSA Misclassification | NJS: Research into ecMobile app carrier and owner for possible subpoena of records. | [redacted] | 0.80 | 0.80 | [redacted] |
| 04/12/2021 | FLSA Misclassification | NJS: Processed email from Client regarding settlement documents from opposing counsel | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/12/2021 | FLSA Misclassification | NJS: Research into Emobile app used by client's in work at US Pack | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/13/2021 | FLSA Misclassification | NJS: Review of client provided documents for support for login and log off times. | [redacted] | 2.20 | 2.20 | [redacted] |
| 04/13/2021 | FLSA Misclassification | NJS: Communication with NCR and PJF regarding Doc review info regarding app. | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/14/2021 | FLSA Misclassification | NJS: review and compared spreadsheet provided by Opposing counsel and spreadsheet provided by Client. | [redacted] | 2.10 | 2.10 | [redacted] |
| 04/14/2021 | FLSA Misclassification | NJS: Conferred with PJG and NCR regarding issues in spreadsheet comparison | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/04/2021 | FLSA Misclassification | NJS: Received and reviewed client communication relating to login time and tasks completed during that time. | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/04/2021 | FLSA Misclassification | NJS: Communication with client regarding communication other side and regarding app. | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/04/2021 | FLSA Misclassification | NJS: Review of opposing party spreadsheet and client emails to provide update/information in preparation for call with opposing counsel. | [redacted] | 0.50 | 0.50 | [redacted] |
| 05/04/2021 | FLSA Misclassification | NJS: Call with PJG regarding outcome of call with opposing counsel and next steps to be taken. | [redacted] | 0.60 | 0.60 | [redacted] |
| 05/04/2021 | FLSA Misclassification | NJS: Email to clients with request for additional text message screenshots. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/04/2021 | FLSA Misclassification | NJS: Obtained screenshot information from Lauren Bouno's linkdn page | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/04/2021 | FLSA Misclassification | NJS: Email to Client Josh Hudson to set up call to discuss screenshots. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/05/2021 | FLSA Misclassification | NJS: Communication with client regarding text message gathering and call with client to discuss previously provided messages. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/05/2021 | FLSA Misclassification | NJS: Review of spreadsheets provided by Ruth Diamond and Josh Hudson to determine claim amounts for settlement discussion. | [redacted] | 1.60 | 1.60 | [redacted] |
| 05/06/2021 | FLSA Misclassification | NJS: Call with Ruth Diamond and Josh Hudson to discuss Text message screenshots. | [redacted] | 0.80 | 0.80 | [redacted] |
| 05/06/2021 | FLSA Misclassification | NJS: Review of client files and screenshots in preparation for call with client. | [redacted] | 0.50 | 0.50 | [redacted] |
| 05/06/2021 | FLSA Misclassification | NJS: Communication with client to provide screenshots in preparation for call to discuss screenshots. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/07/2021 | FLSA Misclassification | NJS: Research in to prior US Pack and Scriptfleet class action cases. | [redacted] | 1.80 | 1.80 | [redacted] |
| 05/07/2021 | FLSA Misclassification | NJS: Review of notes from call with Ruth Diamond and Josh Hudson to create summary of useful information obtained from call. | [redacted] | 0.80 | 0.80 | [redacted] |
| 05/10/2021 | FLSA Misclassification | NJS: Received and processed text order from the Court extending time for Defendant's to Answer. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/17/2021 | FLSA Misclassification | NJS: Initial Damages Analysis for settlement discussion. | [redacted] | 3.50 | 3.50 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/20/2021 | FLSA Misclassification | NJS: Communication with client to follow up on text message gathering and obtain information to calculate damages for Debbie Fisher. | [redacted] | 0.50 | 0.50 | [redacted] |
| 05/24/2021 | FLSA Misclassification | NJS: Received and processed spreadsheet for settlement review for Debbie Fisher. | | 0.30 | 0.30 | |
| 05/24/2021 | FLSA Misclassification | NJS: Communication with client to obtain access to client's additional text messages provided by dropbox link. | | 0.20 | 0.20 | |
| 05/24/2021 | FLSA Misclassification | NJS: Received and processed request from opposing counsel for extension of time to answer. | | 0.20 | 0.20 | |
| 05/24/2021 | FLSA Misclassification | NJS: Received and processed text order granting extension request on time to respond to complaint. | | 0.10 | 0.10 | |
| 05/25/2021 | FLSA Misclassification | NJS: Review of additional text messages and screenshots provided by client for litigation and settlement. | | 0.40 | 0.40 | |
| 05/25/2021 | FLSA Misclassification | NJS: Review of Debbie Fisher spreadsheet to calculate amount owed for settlement discussions. | | 1.30 | 1.30 | |
| 06/03/2021 | FLSA Misclassification | NJS: Research into health insurance benefits premiums to determine amount owed to clients for settlement discussions. | | 0.40 | 0.40 | |
| 06/03/2021 | FLSA Misclassification | NJS: Conferred with Nicholas Roberts to discuss calculation of benefits due to clients for settlement negotiations. | | 0.20 | 0.20 | |
| 06/09/2021 | FLSA Misclassification | NJS: Communication with opposing counsel regarding Defendant's extension request. | | 0.20 | 0.20 | |
| 06/09/2021 | FLSA Misclassification | KMT: Coordinated and schedule conference call with opposing counsel re the briefing schedule and next steps. | | 0.40 | 0.40 | |
| 06/10/2021 | FLSA Misclassification | NJS: Review of current case status and reach out to Peter and Nicholas to discuss next steps and information needed to complete settlement review. | | 0.30 | 0.30 | |
| 06/11/2021 | FLSA Misclassification | NJS: Communication with client to provide case status update. | | 0.30 | 0.30 | |
| 06/14/2021 | FLSA Misclassification | NJS: Research into method for calculation of FICA taxes that should have been paid by the Defendant. | | 0.30 | 0.30 | |
| 06/14/2021 | FLSA Misclassification | NJS: Calculated FICA credits due to Clients for settlement discussions and damage analysis. | | 1.50 | 1.50 | |
| 06/16/2021 | FLSA Misclassification | NJS: Received, processed, and reviewed updated spreadsheet from Defendant for settlement discussion. | | 0.60 | 0.60 | |
| 06/18/2021 | FLSA Misclassification | NJS: Conferred with Davis Bird regarding calculations of clients damages. | | 0.50 | 0.50 | |
| 06/22/2021 | FLSA Misclassification | NJS: Communication with opposing counsel regarding setting up call with Mr. Glennon to discuss settlement and to offer an extension of their time to respond to the complaint. | | 0.20 | 0.20 | |
| 06/24/2021 | FLSA Misclassification | NJS: Conferred with Davis Bird on calculation of Diamond damages. | | 0.30 | 0.30 | |
| 07/08/2021 | FLSA Misclassification | KMT; Communicated with opposing counsel to set conference call for next steps | | 0.40 | 0.40 | |
| 07/08/2021 | FLSA Misclassification | NJS; Communication with opposing counsel to set up settlement discussion call. | | 0.30 | 0.30 | |
| 07/09/2021 | FLSA Misclassification | NJS; Conferred with DAB regarding issues with client accounting for settlement discussion. | | 0.20 | 0.20 | |
| 07/09/2021 | FLSA Misclassification | NJS; Reviewed and updated client damages calculation. | | 1.20 | 1.20 | |
| 07/12/2021 | FLSA Misclassification | NJS; Updated damage analysis with notes on issues in accounting. | | 0.20 | 0.20 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/14/2021 | FLSA Misclassification | NJS; Conference with PJG and DAB regarding client damage analysis. | [redacted] | 0.60 | 0.60 | [redacted] |
| 07/14/2021 | FLSA Misclassification | NJS; Emails with Beth Ares to discuss client damage analysis. | [redacted] | 0.20 | 0.20 | [redacted] |
| 07/16/2021 | FLSA Misclassification | NJS; Communication with client regarding ongoing settlement discussions. | [redacted] | 0.20 | 0.20 | [redacted] |
| 07/19/2021 | FLSA Misclassification | NJS; Call with Beth Ares to discuss calculation of figures. | [redacted] | 0.50 | 0.50 | [redacted] |
| 07/19/2021 | FLSA Misclassification | NJS; Communication with Beth Ares to provide copies of spreadsheets to be reviewed. | [redacted] | 0.20 | 0.20 | [redacted] |
| 07/22/2021 | FLSA Misclassification | NJS; Received and docketed updated dates for defendants to respond. | [redacted] | 0.20 | 0.20 | [redacted] |
| 08/03/2021 | FLSA Misclassification | NJS; Follow up with Beth Ares on review of damage analysis. | [redacted] | 0.20 | 0.20 | [redacted] |
| 08/06/2021 | FLSA Misclassification | NJS; Communication with Beth Ares regarding review of damages calculation. | [redacted] | 0.20 | 0.20 | [redacted] |
| 08/17/2021 | FLSA Misclassification | NJS; Communication with opposing counsel to consent to extension of response time. | [redacted] | 0.20 | 0.20 | [redacted] |
| 08/23/2021 | FLSA Misclassification | NJS; Received and processed Court notice of extension of time to respond to complaint. | [redacted] | 0.20 | 0.20 | [redacted] |
| 08/23/2021 | FLSA Misclassification | NJS; Conferred with Craig Peterson regarding issues related to settlement. | [redacted] | 0.30 | 0.30 | [redacted] |
| 08/24/2021 | FLSA Misclassification | NJS; Drafted settlement email to clients. | [redacted] | 0.60 | 0.60 | [redacted] |
| 08/24/2021 | FLSA Misclassification | NJS; Revised settlement email to clients. | [redacted] | 0.20 | 0.20 | [redacted] |
| 08/30/2021 | FLSA Misclassification | NJS; Communication with Beth Ares regarding different calculation methods for damages. | [redacted] | 0.40 | 0.40 | [redacted] |
| 08/30/2021 | FLSA Misclassification | NJS; Communication with possible expert Beth Ares regarding calculation of unpaid wages. | [redacted] | 0.30 | 0.30 | [redacted] |
| 09/01/2021 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding client damages calculations. | [redacted] | 0.30 | 0 | [redacted] |
| 09/01/2021 | FLSA Misclassification | NJS: Revised email to client regarding settlement proposal. | [redacted] | 0.20 | 0 | [redacted] |
| 09/08/2021 | FLSA Misclassification | NJS: Received, processed, and docketed extension of time to respond to complaint. | [redacted] | 0.20 | 0 | [redacted] |
| 09/09/2021 | FLSA Misclassification | NJS: Communication with clients to provide status as to settlement discussions. | [redacted] | 0.20 | 0 | [redacted] |
| 09/09/2021 | FLSA Misclassification | NJS: Started preparation of spreadsheet to be sent to opposing counsel for settlement. | [redacted] | 0.80 | 0 | [redacted] |
| 09/13/2021 | FLSA Misclassification | NJS: Communication with clients to set up call with Peter Glennon. | [redacted] | 0.20 | 0 | [redacted] |
| 09/14/2021 | FLSA Misclassification | NJS: Communiation with clients to set up call with Peter Glennon. | [redacted] | 0.20 | 0 | [redacted] |
| 09/17/2021 | FLSA Misclassification | NJS: Conference call with clients to provide updates and answer questions. | [redacted] | 0.70 | 0 | [redacted] |
| 09/17/2021 | FLSA Misclassification | NJS: Notated call with clients in file. | [redacted] | 0.20 | 0 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/17/2021 | FLSA Misclassification | NJS: Review of current settlement numbers and case status for call with clients. | [redacted] | 0.30 | 0 | [redacted] |
| 09/21/2021 | FLSA Misclassification | NJS: Reviewed and finalized settlement spreadsheet and sent to opposing counsel. | [redacted] | 0.30 | 0 | [redacted] |
| 09/27/2021 | FLSA Misclassification | NJS: Drafted letter to Court for extension of Defendant's time to respond to the Complaint. | [redacted] | 0.40 | 0 | [redacted] |
| 09/27/2021 | FLSA Misclassification | NJS: Communication with opposing counsel to provide draft of letter to court. | [redacted] | 0.20 | 0 | [redacted] |
| 09/27/2021 | FLSA Misclassification | NJS: Finalized and filed letter to court requesting additional time for Defendant to respond to Complaint. | [redacted] | 0.20 | 0 | [redacted] |
| 09/27/2021 | FLSA Misclassification | NJS: Received, processed, and docketed new response deadline for Defendant. | [redacted] | 0.10 | 0 | [redacted] |
| 10/05/2021 | FLSA Misclassification | NJS: Communication with Beth Ares to set up conference call with Beth to discuss claim methodology. | [redacted] | 0.30 | 0 | [redacted] |
| 10/05/2021 | FLSA Misclassification | NJS: Conference call with opposing counsel regarding settlement numbers. | [redacted] | 0.50 | 0 | [redacted] |
| 10/05/2021 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding issues with damage calculations. | [redacted] | 0.20 | 0 | [redacted] |
| 10/05/2021 | FLSA Misclassification | NJS: Review of damage calculations in preparation for call. | [redacted] | 0.40 | 0 | [redacted] |
| 10/06/2021 | FLSA Misclassification | NJS: Conferred with Lisa Dochet regarding issues with Diamond Calculation, and law and case precedent relating to calculations. | [redacted] | 0.40 | 0 | [redacted] |
| 10/06/2021 | FLSA Misclassification | NJS: Scheduled video call with client expert Beth Ares. | [redacted] | 0.20 | 0 | [redacted] |
| 10/06/2021 | FLSA Misclassification | NJS: Started review and breakdown of Wage damage calculation treatise provided by Lisa. | [redacted] | 1.00 | 0 | [redacted] |
| 10/07/2021 | FLSA Misclassification | NJS: Ran calculations for minimum wage unpaid claim and agreed pay rate unpaid claim. | [redacted] | 2.30 | 0 | [redacted] |
| 10/07/2021 | FLSA Misclassification | NJS: Review of FSLA and NYLL to confirm calculation method and to find standard for expense inclusion in wage claim. | [redacted] | 1.00 | 0 | [redacted] |
| 10/07/2021 | FLSA Misclassification | NJS: Continued review of Employer's Guide to the Fair Labor Standards Act for damage calculations. | [redacted] | 0.60 | 0 | [redacted] |
| 10/07/2021 | FLSA Misclassification | NJS: Comparison of prior calculations with updated damage calculations to confirm differences and possible double counting. | [redacted] | 0.50 | 0 | [redacted] |
| 10/21/2021 | FLSA Misclassification | NJS: Communication with client to provide update on status of settlement discussions. | [redacted] | 0.20 | 0 | [redacted] |
| 10/21/2021 | FLSA Misclassification | NJS: Review of current damages calculations to confirm formulas and calculations. | [redacted] | 0.50 | 0 | [redacted] |
| 10/25/2021 | FLSA Misclassification | NJS: Revised, finalized and filed letter to Court re extension of time to respond to complaint. | [redacted] | 0.40 | 0 | [redacted] |
| 10/25/2021 | FLSA Misclassification | NJS: Prepared letter to Court for extension of time to respond. | [redacted] | 0.30 | 0 | [redacted] |
| 10/26/2021 | FLSA Misclassification | NJS: Received, processed, and docketed new court deadline for Defendants to respond to complaint. | [redacted] | 0.20 | 0 | [redacted] |
| 11/03/2021 | FLSA Misclassification | NJS: Conferred with Peter Glennon to discuss damages analysis and formula, and preparation of spreadsheet for settlement purposes. | [redacted] | 1.50 | 0 | [redacted] |
| 11/03/2021 | FLSA Misclassification | NJS: Revised spreadsheet of damages calculations for settlement discussions. | [redacted] | 0.50 | 0 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/03/2021 | FLSA Misclassification | NJS: Prepared communication to opposing counsel detailing breakdown of calculations in settlement spreadsheet. | [redacted] | 0.50 | 0 | [redacted] |
| 11/03/2021 | FLSA Misclassification | NJS: Communication with opposing counsel regarding status of damages analysis. | [redacted] | 0.20 | 0 | [redacted] |
| 11/03/2021 | FLSA Misclassification | NJS: Research into New York Labor law for authority on regular rate calculation and improper deductions from wages. | [redacted] | 0.30 | 0 | [redacted] |
| 11/05/2021 | FLSA Misclassification | NJS: Communication with opposing counsel to discuss delay in settlement numbers. | [redacted] | 0.20 | 0 | [redacted] |
| 11/05/2021 | FLSA Misclassification | NJS: Final review of settlement numbers for sending to opposing counsel. | [redacted] | 0.20 | 0 | [redacted] |
| 11/15/2021 | FLSA Misclassification | NJS: Review of draft letter to Court requesting adjournment from opposing counsel. | [redacted] | 0.20 | 0 | [redacted] |
| 11/15/2021 | FLSA Misclassification | NJS: Finalized and sent damages calculations with breakdown to opposing counsel. | [redacted] | 0.40 | 0 | [redacted] |
| 11/16/2021 | FLSA Misclassification | NJS: Communication with opposing counsel regarding extension of time to respond to complaint. | [redacted] | 0.20 | 0 | [redacted] |
| 11/16/2021 | FLSA Misclassification | NJS: Docketed new response deadline for the complaint set by the Court. | [redacted] | 0.10 | 0 | [redacted] |
| 11/17/2021 | FLSA Misclassification | NJS: Communication with client to provide update on settlement status. | [redacted] | 0.20 | 0 | [redacted] |
| 11/29/2021 | FLSA Misclassification | NJS: Received, processed, and reviewed Defendant's response to most recent updated calculations. | [redacted] | 0.30 | 0 | [redacted] |
| 11/29/2021 | FLSA Misclassification | NJS: Reviewed and completed breakdown of defendant's response to updated calculations. | [redacted] | 2.10 | 0 | [redacted] |
| 12/02/2021 | FLSA Misclassification | NJS: Communication with client to advise of Defendant's response to damage model and settlement offer. | [redacted] | 0.20 | 0 | [redacted] |
| 12/13/2021 | FLSA Misclassification | NJS: Received and processed notification of filing of consent letter motion for extension of time to respond to complaint. | [redacted] | 0.20 | 0 | [redacted] |
| 12/13/2021 | FLSA Misclassification | NJS: Review of draft letter provided by opposing counsel for extension of time. Responded to opposing counsel advising no issues with letter. | [redacted] | 0.30 | 0 | [redacted] |
| 12/14/2021 | FLSA Misclassification | NJS: Received, processed, and docketed updated complaint response date provided by the Court. | [redacted] | 0.20 | 0 | [redacted] |
| 01/10/2022 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding review of settlement numbers and proposed counteroffer. | [redacted] | 0.20 | 0 | [redacted] |
| 01/11/2022 | FLSA Misclassification | NJS: Prepared settlement breakdown for construction of counteroffer to US Pack. | [redacted] | 0.70 | 0 | [redacted] |
| 01/11/2022 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding Counteroffer. | [redacted] | 0.30 | 0 | [redacted] |
| 01/11/2022 | FLSA Misclassification | NJS: Review of Settlement offer and damages breakdown in preparation for call with Peter Glennon to discuss counteroffer. | [redacted] | 0.30 | 0 | [redacted] |
| 01/11/2022 | FLSA Misclassification | NJS: Communication with client regarding status of settlement plan and counteroffer. | [redacted] | 0.20 | 0 | [redacted] |
| 01/17/2022 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding counteroffer letter. | [redacted] | 0.20 | 0 | [redacted] |
| 01/18/2022 | FLSA Misclassification | NJS: Reviewed draft letter requesting extension request and consented to extension. | [redacted] | 0.30 | 0 | [redacted] |
| 01/18/2022 | FLSA Misclassification | NJS: Received and processed granted extension request from the Court. | [redacted] | 0.20 | 0 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/21/2022 | FLSA Misclassification | NJS: Review of current damages breakdown numbers and settlement offer from opposing counsel for preparation of counteroffer letter. | [redacted] | 0.60 | 0 | [redacted] |
| 02/07/2022 | FLSA Misclassification | NJS: Prepared draft letter to opposing counsel addressing points regarding flaws in damage calculations and proposing counteroffer. | [redacted] | 1.50 | 0 | [redacted] |
| 02/11/2022 | FLSA Misclassification | NJS: Review of proposed settlement numbers for counter-offer letter and made comparison to damages calculations. | [redacted] | 0.30 | 0 | [redacted] |
| 02/15/2022 | FLSA Misclassification | NJS: prepared letter to court requesting extension of response deadline. | [redacted] | 0.60 | 0 | [redacted] |
| 02/15/2022 | FLSA Misclassification | NJS: Communication with client to provide copy of draft settlement letter. | [redacted] | 0.20 | 0 | [redacted] |
| 02/15/2022 | FLSA Misclassification | NJS: Communication with opposing counsel to provide copy of draft letter to court. | [redacted] | 0.20 | 0.20 | [redacted] |
| 02/15/2022 | FLSA Misclassification | NJS: Finalized and filed letter with the Court requesting extension of time to respond to complaint. | [redacted] | 0.50 | 0 | [redacted] |
| 02/15/2022 | FLSA Misclassification | NJS: Received and processed text order from the Court setting new complaint response deadline. | [redacted] | 0.20 | 0 | [redacted] |
| 02/16/2022 | FLSA Misclassification | NJS: Communication with client regarding concerns with settlement proposals. | [redacted] | 0.40 | 0 | [redacted] |
| 02/22/2022 | FLSA Misclassification | NJS: Reviewed communication with client regarding issues with settlement amounts. | [redacted] | 0.20 | 0 | [redacted] |
| 02/24/2022 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding settlement counteroffer. | [redacted] | 0.30 | 0 | [redacted] |
| 02/24/2022 | FLSA Misclassification | NJS: Revised and finalized letter to Opposing counsel with counteroffer. Sent to opposing counsel by email and hard copy. | [redacted] | 0.50 | 0 | [redacted] |
| 03/21/2022 | FLSA Misclassification | NJS: Received and processed court notification of Order extending time to respond. | [redacted] | 0.20 | 0.20 | [redacted] |
| 03/23/2022 | FLSA Misclassification | NJS: Prepared and sent update to clients on status of settlement discussions. | [redacted] | 0.20 | 0.20 | [redacted] |
| 03/30/2022 | FLSA Misclassification | NJS: Communication with clients to provide update on counter settlement offer received from U.S. Pack. | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/05/2022 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding response to U.S Pack offer and client's position on response. | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/11/2022 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding next steps. | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/11/2022 | FLSA Misclassification | NJS: Communication with clients to schedule conference call to discuss next steps. | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/12/2022 | FLSA Misclassification | NJS: Communications with clients to discuss arranging conference call with clients and Peter Glennon. | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/12/2022 | FLSA Misclassification | NJS: Communication with opposing counsel regarding extension of time to file responses to complaint. | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/13/2022 | FLSA Misclassification | NJS: Communications with clients to finalize conference call details. | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/15/2022 | FLSA Misclassification | NJS: Docketed new complaint response date from the Court. | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/15/2022 | FLSA Misclassification | NJS: Conferred with Peter Glennon in preparation for conference call with client. | [redacted] | 0.20 | 0.20 | [redacted] |
| 04/15/2022 | FLSA Misclassification | NJS: Call with clients to discuss next steps and possible settlement. | [redacted] | 0.50 | 0.50 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/19/2022 | FLSA Misclassification | NJS: Conference call with Vince and Eric to discuss settlement offers. | [redacted] | 0.40 | 0.40 | [redacted] |
| 04/20/2022 | FLSA Misclassification | NJS: Communications with client to schedule call with Peter Glennon to discuss settlement. | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/21/2022 | FLSA Misclassification | NJS: Conference call with clients to discuss settlement strategy. | [redacted] | 0.40 | 0.40 | [redacted] |
| 04/22/2022 | FLSA Misclassification | NJS: Call with opposing counsel to discuss most recent settlement offer. | [redacted] | 0.30 | 0.30 | [redacted] |
| 04/25/2022 | FLSA Misclassification | NJS: Drafted email response to opposing counsel regarding $55,000.00 settlement offer. | [redacted] | 0.40 | 0.40 | [redacted] |
| 04/26/2022 | FLSA Misclassification | NJS: Scheduled and conducted conference call with clients to discuss most recent offer of settlement from opposing counsel. | [redacted] | 0.60 | 0.60 | [redacted] |
| 04/28/2022 | FLSA Misclassification | NJS: Drafted Notice of Settlement. | [redacted] | 0.50 | 0.50 | [redacted] |
| 05/02/2022 | FLSA Misclassification | NJS: Review and prepared breakdown of settlement numbers based upon prior communications with clients. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/04/2022 | FLSA Misclassification | NJS: Started drafting of motion to approve settlement agreement. | [redacted] | 3.20 | 3.20 | [redacted] |
| 05/04/2022 | FLSA Misclassification | NJS: Conferred with Peter Glennon regarding steps to be taken to finalize settlement. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/06/2022 | FLSA Misclassification | NJS: Communication with opposing counsel regarding draft notice of settlement. Revised and filed draft notice of settlement upon agreement of language with US Pack counsel. | [redacted] | 1.10 | 1.10 | [redacted] |
| 05/06/2022 | FLSA Misclassification | NJS: Communications with clients to provide update on status of settlement agreement and tax issue. | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/09/2022 | FLSA Misclassification | NJS: Communication with clients regarding settlement status. | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/09/2022 | FLSA Misclassification | NJS: Completed initial draft of motion to approve settlement agreement. | [redacted] | 1.40 | 1.40 | [redacted] |
| 05/09/2022 | FLSA Misclassification | NJS: Received, processed, and started review of settlement agreements. | [redacted] | 0.50 | 0.50 | [redacted] |
| 05/10/2022 | FLSA Misclassification | NJS: Communication with client regarding status of settlement finalization. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/10/2022 | FLSA Misclassification | NJS: Review of redlines for Motion to Approve settlement agreement. | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/11/2022 | FLSA Misclassification | NJS: Drafting and revisions to motion to approve settlement agreement after review of proposed settlement agreements. | [redacted] | 1.40 | 1.40 | [redacted] |
| 05/11/2022 | FLSA Misclassification | NJS: Review of proposed settlement agreements from opposing counsel. Made proposed edits to agreements to include court approval language. | [redacted] | 1.00 | 1.00 | [redacted] |
| 05/11/2022 | FLSA Misclassification | NJS: Communication with opposing counsel to provide copies of draft motion papers for approval of settlement agreements. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/11/2022 | FLSA Misclassification | NJS: Conferred with Lisa Dochet regarding motion to approve settlement and proposed settlement agreements | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/12/2022 | FLSA Misclassification | NJS: Reviewed proposed edits to motion to approve settlement agreements from US Pack. Made comments on edits for attorney review. | [redacted] | 0.50 | 0.50 | [redacted] |
| 05/18/2022 | FLSA Misclassification | NJS: Drafting of settlement agreement to combine agreements into a single agreement for all three Plaintiffs. | [redacted] | 1.90 | 1.90 | [redacted] |
| 05/18/2022 | FLSA Misclassification | NJS: Reviewed and revised motion for approval of settlement agreements to reflect changes to settlement agreements. | [redacted] | 0.50 | 0.50 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/19/2022 | FLSA Misclassification | NJS: Conferred with Lisa Docher regarding motion for approval of settlement agreement. | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/24/2022 | FLSA Misclassification | NJS: Located and added case law citations to memo of law for motion to approve settlement. | [redacted] | 0.50 | 0.50 | [redacted] |
| 05/24/2022 | FLSA Misclassification | NJS: Communication with opposing counsel to provide current draft of motion to approve settlement agreement. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/24/2022 | FLSA Misclassification | NJS: Communication with client to provide update on status of settlement. | [redacted] | 0.20 | 0.20 | [redacted] |
| 05/24/2022 | FLSA Misclassification | NJS: Reviewed final drafts of motion to approve settlement agreement for final revisions and edits. | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/26/2022 | FLSA Misclassification | NJS: Communication with client regarding medicare coverage. | [redacted] | 0.30 | 0.30 | [redacted] |
| 05/27/2022 | FLSA Misclassification | NJS: Finalized draft of consolidated settlement agreement. Sent to opposing counsel for comments. | [redacted] | 1.00 | 1.00 | [redacted] |
| 05/31/2022 | FLSA Misclassification | NJS: Received and reviewed updated consolidated settlement agreement from opposing counsel. | [redacted] | 1.10 | 1.10 | [redacted] |
| 06/08/2022 | FLSA Misclassification | NJS: Revised agreement to correctly indicate Plaintiff's name. | [redacted] | 0.20 | 0.20 | [redacted] |
| 06/08/2022 | FLSA Misclassification | NJS: Communications with clients and opposing counsel to obtain signed copy of agreement. | [redacted] | 0.40 | 0.40 | [redacted] |
| | | | Total Labor For Paralegal GLF | 132.20 | 103.20 | [redacted] |
| | | | Total Expense For Paralegal GLF | | $509.50 | [redacted] |
| | | | Total For Paralegal GLF | | | [redacted] |
| **Peter Glennon** | | | | | | |
| 01/24/2020 | FLSA Misclassification | Ruth Diamond. Review Ruth's papers and prepare for and participate in call with Ruth. | [redacted] | 0.70 | 0.70 | [redacted] |
| 02/09/2020 | FLSA Misclassification | CDP: Diamond, Ruth. Receipt and review of client documents including complaint summary and Independent Contractor Agreement; research re: enforceability of Arbitration Provision and Class Action Waiver on wage and hour claims and misclassification claim; viability of Diamond's wage and hour claims and misclassification claim; compilation of recent cases involving Scriptfleet and USPack, nationwide, state and federal; Memo to File re: same. | [redacted] | 6.90 | 6.90 | [redacted] |
| 02/10/2020 | FLSA Misclassification | CDP: Diamond, Ruth. Additional research re: articulated standard for employee involved in interstate commerce and de minimis standard of out-of-state travel; e-mail to PJG re: same. | [redacted] | 2.00 | 2.00 | [redacted] |
| 02/10/2020 | FLSA Misclassification | Ruth Diamond. Assess arbitration issues, review memo, assign additional research. | [redacted] | 0.30 | 0.30 | [redacted] |
| 02/19/2020 | FLSA Misclassification | CDP: Diamond, Ruth. Research re: enforceability of unconscionable arbitration fee-splitting provision; e-mail to PJG re: same. | [redacted] | 1.20 | 1.20 | [redacted] |
| 02/21/2020 | FLSA Misclassification | CDP: Diamond, Ruth. Research re: definition of interstate commerce in light of client disclosure that she made regular night runs where samples were processed out-of-state | [redacted] | 1.20 | 1.20 | [redacted] |
| 02/25/2020 | FLSA Misclassification | CDP: Diamond, Ruth. Research re: 9th Circuit decision in Morris v Ernst & Young and Supreme Court decision vacating 9th Circuit's decision in Morris v Ernst & Young, and prohibition against class action waivers under National Labor Relations Act. | [redacted] | 0.70 | 0.70 | [redacted] |
| 06/15/2020 | FLSA Misclassification | Ruth Diamond. Research FAA issues and whether we can go to Federal Court. | [redacted] | 1.20 | 1.20 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/23/2020 | FLSA Misclassification | Review client folder and background documentation. | [redacted] | 0.60 | 0.60 | [redacted] |
| 07/17/2020 | FLSA Misclassification | Call with Ruth re: engagement letter and related case issues. | [redacted] | 1.10 | 1.10 | [redacted] |
| 08/26/2020 | FLSA Misclassification | Prepare for and participate in client call re: next steps. Review, contemplate, and assign tasks. | [redacted] | 1.30 | 1.30 | [redacted] |
| 09/02/2020 | FLSA Misclassification | Prepare for and participate in client call. review draft pleading. | [redacted] | 2.90 | 2.90 | [redacted] |
| 09/23/2020 | FLSA Misclassification | Focused research on pleading issue re additional plaintiffs. Assign tasks. | [redacted] | 0.40 | 0.40 | [redacted] |
| 09/24/2020 | FLSA Misclassification | Assess procedural issues. Assign research. | [redacted] | 0.40 | 0.40 | [redacted] |
| 09/24/2020 | FLSA Misclassification | LawClerk: Review recent cases re arbitration vs. litigation and procedural issues. Analyze possible pleading issues. Work on Complaint. | [redacted] | 4.00 | 4.00 | [redacted] |
| 09/30/2020 | FLSA Misclassification | Review research. | [redacted] | 0.30 | 0.30 | [redacted] |
| 09/30/2020 | FLSA Misclassification | Assess FLSA interestate research. Swanson v manhattan beer distributrors. help or no? Motor Carrier exception? | [redacted] | 0.80 | 0.80 | [redacted] |
| 10/12/2020 | FLSA Misclassification | Research waiver issues. Assign additioanl legal research. | [redacted] | 0.40 | 0.40 | [redacted] |
| 10/13/2020 | FLSA Misclassification | Prepare for and participate in call with client re complaint status. Review research memos. | [redacted] | 1.00 | 1.00 | [redacted] |
| 10/30/2020 | FLSA Misclassification | Filing preparation meeting with NJS, KMT, CDP, outline and assign tasks. Prepare to file for next week. | [redacted] | 1.10 | 1.10 | [redacted] |
| 11/19/2020 | FLSA Misclassification | Work on Complaint and engagement letters. Outline and assign tasks and client communications. | [redacted] | 0.50 | 0.50 | [redacted] |
| 11/20/2020 | FLSA Misclassification | Review and revise final complaint for clients to approve prior to filing. | [redacted] | 0.80 | 0.80 | [redacted] |
| 11/25/2020 | FLSA Misclassification | Communications with Josh Diamond re engagement letter questions. Assess additional claim allegations. | [redacted] | 0.30 | 0.30 | [redacted] |
| 12/04/2020 | FLSA Misclassification | Prepare for a call with client Josh Hudson. No call necessary. Work on Complaint to be filed. | [redacted] | 0.40 | 0.40 | [redacted] |
| 01/06/2021 | FLSA Misclassification | work on Complaint. Outline and assign tasks. Update clients. | [redacted] | 1.60 | 1.60 | [redacted] |
| 01/13/2021 | FLSA Misclassification | Prepare for and participate in client update and strategy call. Outline strategies. | [redacted] | 2.60 | 2.60 | [redacted] |
| 01/20/2021 | FLSA Misclassification | Assess status. Outline initial strategy meeting. | [redacted] | 0.40 | 0.40 | [redacted] |
| 01/21/2021 | FLSA Misclassification | Prepare for and participate in initial team litigation planning meeting; outline tasks and deadlines; outline needs; assign same. | [redacted] | 1.10 | 1.10 | [redacted] |
| 01/27/2021 | FLSA Misclassification | Prepare for and participate in call with possible consultant Beth. | [redacted] | 0.70 | 0.70 | [redacted] |
| 02/16/2021 | FLSA Misclassification | Call with opposing counsel Re default judgment and possible resolution discussions. | [redacted] | 0.30 | 0.30 | [redacted] |
| 02/18/2021 | FLSA Misclassification | Review opposing counsel email re good faith discussions for settlement and 60-day extension of time for them to respond to motion. Contemplate response. Send agreement response. | [redacted] | 0.60 | 0.60 | [redacted] |
| 04/06/2021 | FLSA Misclassification | Call with opposing counsel. Outline and Assign related tasks. Communications with client re same. | [redacted] | 1.90 | 1.90 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/06/2021 | FLSA Misclassification | Prepare for and participate in settlement call with opposing counsel. Outline and assign additional tasks. | [redacted] | 1.50 | 1.50 | [redacted] |
| 05/03/2021 | FLSA Misclassification | Review facts from client re Defendant's argument about hours. Review related documents. | [redacted] | 1.10 | 1.10 | [redacted] |
| 05/04/2021 | FLSA Misclassification | Prepare for and participate in conference call with opposing counsel, V. Polessini and Eric Magnus. Outline and assign tasks. | [redacted] | 1.10 | 1.10 | [redacted] |
| 06/16/2021 | FLSA Misclassification | Review emails and additional documents from opposing counsel. Prepare for and participate in conf call with opposing counsel re possible resolution. | [redacted] | 1.10 | 1.10 | [redacted] |
| 07/01/2021 | FLSA Misclassification | Assess damages issues. Contemplate tasks and issues and assign same. | [redacted] | 0.30 | 0.30 | [redacted] |
| 07/14/2021 | FLSA Misclassification | Work on damages issues. Prepare for and participate in settlement discussions with opposing counsel. | [redacted] | 1.50 | 1.50 | [redacted] |
| 08/16/2021 | FLSA Misclassification | Communications with opposing counsel re settlement; and extension. | [redacted] | 0.30 | 0.30 | [redacted] |
| 08/22/2021 | FLSA Misclassification | Assess status of settlement numbers. Outline tasks and assign same. | [redacted] | 0.20 | 0.20 | [redacted] |
| 09/01/2021 | FLSA Misclassification | Review and respond to opposing counsel email. Review damages status and contemplate next steps. Calculate true damages, penalty damages, and likely settlement. | [redacted] | 1.80 | 0 | [redacted] |
| 09/02/2021 | FLSA Misclassification | Work on settlement numbers for Josh and Deb. | [redacted] | 1.90 | 0 | [redacted] |
| 09/07/2021 | FLSA Misclassification | Working on Settlement Numbers. | [redacted] | 0.30 | 0 | [redacted] |
| 09/09/2021 | FLSA Misclassification | Prepare for and participate in settlement call with opposing counsel. Update client. | [redacted] | 1.20 | 1.20 | [redacted] |
| 09/20/2021 | FLSA Misclassification | Review excel spreadsheets to go to oppsosing counsel for settlement purposes only. Comms with opposing counsel, re same. | [redacted] | 0.50 | 0 | [redacted] |
| 09/29/2021 | FLSA Misclassification | Communications with opposing counsel re settlement. Review numbers and settlement strategy. | [redacted] | 0.50 | 0 | [redacted] |
| 10/05/2021 | FLSA Misclassification | Prepare for and participate in settlement call with defense counsel. | [redacted] | 1.00 | 0 | [redacted] |
| 10/08/2021 | FLSA Misclassification | Prepare for and participate in call with Beth Ayres re calculations. | [redacted] | 2.30 | 0 | [redacted] |
| 10/25/2021 | FLSA Misclassification | Review and revise draft letter to Court. Review damages calculations. | [redacted] | 0.30 | 0 | [redacted] |
| 11/02/2021 | FLSA Misclassification | Review and revise damages estimate. | [redacted] | 0.40 | 0 | [redacted] |
| 11/03/2021 | FLSA Misclassification | Review damages calculations. | [redacted] | 1.50 | 0 | [redacted] |
| 11/15/2021 | FLSA Misclassification | Review, revise, and approve settlement email and spreadsheet. | [redacted] | 0.60 | 0 | [redacted] |
| 01/10/2022 | FLSA Misclassification | Analyze settlement posture and outline counter offer. | [redacted] | 1.10 | 0 | [redacted] |
| 01/11/2022 | FLSA Misclassification | Settlment analysis. Conf with NJS re same. | [redacted] | 0.90 | 0 | [redacted] |
| 01/17/2022 | FLSA Misclassification | Review and revise response letter. | [redacted] | 0.40 | 0 | [redacted] |
| 02/07/2022 | FLSA Misclassification | Work on settlement. comms with client re new job, etc. | [redacted] | 0.50 | 0 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/11/2022 | FLSA Misclassification | Review and revise draft settlement letter. Update client. | [redacted] | 0.40 | 0 | [redacted] |
| 02/24/2022 | FLSA Misclassification | Prepare for and participate in conf call with all three clients; meeting with NJS re status; update settlement letter with final numbers, finalize and send. | [redacted] | 1.20 | 0 | [redacted] |
| 04/08/2022 | FLSA Misclassification | review and respond to settlement emails from opposing counsel. | [redacted] | 0.40 | 0 | [redacted] |
| 04/15/2022 | FLSA Misclassification | Prepare for and participate in conf call with clients re settlement. Calls and emails with opposing counsel. | [redacted] | 0.80 | 0 | [redacted] |
| 04/19/2022 | FLSA Misclassification | Prepare for and participate in settlement call with opposing counsel. | [redacted] | 0.90 | 0 | [redacted] |
| 04/21/2022 | FLSA Misclassification | Prepare for and participate in client call re settlement. | [redacted] | 0.70 | 0 | [redacted] |
| 04/25/2022 | FLSA Misclassification | revise and send update email to opposing counsel. | [redacted] | 0.40 | 0 | [redacted] |
| 04/26/2022 | FLSA Misclassification | Comms with clients re settlement. Update opposing counsel. | [redacted] | 0.80 | 0 | [redacted] |
| 05/05/2022 | FLSA Misclassification | Comms with opposing counsel re settlement. Outline settlement payments and billable hours. | [redacted] | 0.40 | 0 | [redacted] |
| 05/06/2022 | FLSA Misclassification | Final settlement negotiable Re 1099s. Comms with client re same. Comms with opposing counsel Re same. Approve notice of settlement. | [redacted] | 0.50 | 0 | [redacted] |
| 05/17/2022 | FLSA Misclassification | Review and revise settlement agreements and motion. Update opposing counsel. | [redacted] | 0.70 | 0 | [redacted] |
| 05/24/2022 | FLSA Misclassification | Review and revise settlement papers and motion papers. | [redacted] | 1.10 | 0 | [redacted] |
| 05/26/2022 | FLSA Misclassification | Review and revise new settlement agreement draft. Update client. | [redacted] | 0.40 | 0 | [redacted] |
| 06/08/2022 | FLSA Misclassification | Review final settlement agreement for approval. | [redacted] | 0.70 | 0 | [redacted] |
| | | | Total Labor For Peter Glennon | 71.40 | 48.00 | [redacted] |
| | | | Total Expense For Peter Glennon | | $0.00 | [redacted] |
| | | | Total For Peter Glennon | | | [redacted] |

**SeniorCounsel GLawFirm**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/15/2020 | FLSA Misclassification | CDP: Research re: enforceability of arbitration clause; email to PJG re: same. | [redacted] | 1.00 | 1.00 | [redacted] |
| 09/01/2020 | FLSA Misclassification | CDP - Review of Complaint and drafting memo re: revisions to Complaint to add defendant and interstate commerce allegations. | [redacted] | 1.00 | 1.00 | [redacted] |
| 09/30/2020 | FLSA Misclassification | CDP - Review of draft of Class Action Complaint; telephone conferences with PJG and NS re: revisions to include interstate commerce allegations; research re: Shepardizing cases supporting interstate commerce exemption under Federal Arbitration Act § 1; email to PJG re: same. | [redacted] | 2.10 | 2.10 | [redacted] |
| 10/13/2020 | FLSA Misclassification | CDP:Research re: validity of binding arbitration and class action waiver provisions under Federal Arbitration Act; Memo to File re: same. | [redacted] | 4.30 | 4.30 | [redacted] |
| 10/30/2020 | FLSA Misclassification | CDP: Telephone conference with PJG re: commencement of actions; draft template letter to plaintiffs for collection of evidence and records to prepare for litigation. | [redacted] | 1.50 | 1.50 | [redacted] |
| 01/21/2021 | FLSA Misclassification | CDP; Team conference meeting re: litigation strategy and assignments. | [redacted] | 0.60 | 0.60 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/23/2021 | FLSA Misclassification | CDP; Telephone conference with NJS re: draft of e-mail to clients re: damages calculation and settlement proposal: review of e-mail. | [redacted] | 0.50 | 0.50 | [redacted] |
| 08/24/2021 | FLSA Misclassification | CDP; Review of e-mail draft to client re: settlement; telephone conference with NJS re: same. | [redacted] | 0.40 | 0.40 | [redacted] |
| 02/16/2022 | FLSA Misclassification | Review client email regarding proposed settlement questions; review client engagement letter. Draft and review final answer to client's questions. | [redacted] | 0.60 | 0 | [redacted] |
| 05/11/2022 | FLSA Misclassification | LKD: Review Declaration and MOL and edit both (1.4); review / comment on settlement agreement for Fisher; comments to NJS (.5); review updated versions after incorporation of motion papers after settlement terms incorporated (.8). | [redacted] | 2.70 | 0 | [redacted] |
| 05/19/2022 | FLSA Misclassification | Edit / revise mol for motion to confirm and attorney declaration; clarify w/NJS terms of settlement to ensure inclusion of proper payment amounts. | [redacted] | 1.00 | 0 | [redacted] |
| | | | Total Labor For SeniorCounsel GLawFirm | 15.70 | 11.40 | [redacted] |
| | | | Total Expense For SeniorCounsel GLawFirm | | $0.00 | [redacted] |
| | | | Total For SeniorCounsel GLawFirm | | | [redacted] |
| | | | Total Labor For Diamond, Ruth | 241.20 | 184.50 | [redacted] |
| | | | Total Expense For Diamond, Ruth | | $509.50 | [redacted] |
| | | | Total For Diamond, Ruth | | | [redacted] |
| | | | Grand Total Labor | 241.20 | 184.50 | [redacted] |
| | | | Grand Total Expenses | | $509.50 | [redacted] |
| | | | Grand Total | | | [redacted] |